**Order entered February 20, 2015.**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00657-CV

**ANGELA NAILS, Appellant**

**V.**

**MARK FRELS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15238**

## ORDER

Before the Court is appellant's February 17, 2015, motion to grant appellant damages. The motion is **DENIED**. Our records show this case is at issue and will be set for submission in due course.

/s/     CRAIG STODDART
         JUSTICE